Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN LEMIRE, an individual;<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; a foreign corporation; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC., a foreign limited-liability company; CHASE BANK USA, N.A., a national banking association;<br><br>  Defendants. | Case No.: 2:16-cv-00114-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CHASE BANK USA, N.A. (JPMORGAN CHASE BANK, N.A.) WITH PREJUDICE** |

Plaintiff, Kevin Lemire, and Defendant, JPMorgan Chase Bank, N.A. improperly named as Chase Bank USA, N.A. ("Chase") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

Therefore, the Parties stipulate and agree, by and through their respective attorneys of record, that under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Chase, with Plaintiff and Chase bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: August 26, 2016.

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*

Dated: August 26, 2016.

**BALLARD SPAHR, LLP**

*/s/ Lindsay Demaree*
Lindsay Demaree, Esq.
Nevada Bar No. 11949
100 North City, Parkway, Suite 1750
Las Vegas, Nevada 89106
demareel@ballardspahr.com
*Attorneys for JP Morgan Chase Bank, N.A.*

Dated: August 26, 2016.

**MAUPIN NAYLOR BRASTER**

*/s/ Jennifer Braster*
Jennifer Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CHASE BANK USA, N.A. (JPMORGAN CHASE BANK, N.A.)

Pursuant to the stipulation of the Parties, Chase is dismissed from this action with prejudice. Plaintiff and Chase will bear their own attorneys' fees and costs incurred in this matter.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___August 31, 2016_____