Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LEMIRE, an individual; | Case No.: 2:16-cv-00114-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; a foreign corporation; EQUIFAX, INC., a foreign corporation; TRANS UNION LLC., a foreign limited-liability company; CHASE BANK USA, N.A., a national banking association; | |
| Defendants. | |

Plaintiff, Kevin Lemire, and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

The Parties stipulate and agree, by and through their respective attorneys of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

RESPECTFULLY SUBMITTED.

Dated: September 2, 2016.                                  Dated: September 2, 2016.

**LAW OFFICE OF**                                          **MAUPIN NAYLOR BRASTER**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                   */s/ Jennifer L. Braster*
Kevin L. Hernandez, Esq.                                   Jennifer L. Braster, Esq.
Nevada Bar No. 12594                                       Nevada Bar No. 9982
9555 S. Eastern Avenue, Suite 220A                         1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89123                                    Las Vegas, Nevada 89145
kevin@kevinhernandezlaw.com                                jbraster@naylorandbrasterlaw.com
*Attorneys for Plaintiff*                                  *Attorneys for Defendant Experian*
                                                           *Information Solutions, Inc.*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to the foregoing stipulation, Experian is dismissed from this matter with prejudice. Plaintiff and Experian will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 2, 2016